IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CINCINNATI INSURANCE COMPANY,**

      **Plaintiff,**

      -vs-                                                                           No. 05-CV-602 DRH

**KYLE UHRING,**
**DUSTIN MUSENBROCK,**
**COUNTRY MUTUAL INSURANCE**
**COMPANY, and ALAN and**
**BARBARA NETEMEYER,**

      **Defendants.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's motion for judgment on the pleadings.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's motion is **GRANTED**. Judgment is entered in favor of Plaintiff **CINCINNATI INSURANCE COMPANY** and against Defendants **KYLE UHRING, DUSTIN MUSENBROCK, COUNTRY MUTUAL INSURANCE COMPANY and ALAN and BARBARA NETEMEYER**. The Court **DECLARES** that Cincinnati Insurance Company has no duty to defend or indemnify Kyle Uhring in the underlying lawsuit filed by Dustin Musenbrock and Country Mutual Insurance Company.

                                                                              **NORBERT G. JAWORSKI, CLERK**

December 20, 2006                                    By: s/Patricia Brown
                                                                         Deputy Clerk

APPROVED: /s/ David R Herndon
              **U.S. DISTRICT JUDGE**